# No. 22-50915

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

CHRISTOPHER GRISHAM; JAMES EVERARD,
*Plaintiffs - Appellants*
v.
RENE VALENCIANO, OLMOS PARK CHIEF-OF-POLICE; J. LOPEZ, OFFICER; HECTOR RUIZ, OFFICER; A. VIERA, OFFICER; CITY OF OLMOS PARK,
*Defendants - Appellees*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
5:20-CV-387

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

To the Honorable Court of Appeals:

Appellants Christopher Grisham and James Everard, file this *Unopposed Second Motion for Extension of Time to File Appellants' Brief* to extend the deadline by thirty days, to **March 2, 2023**.

1. Appellants' Brief is due today, February 2, 2023.

2. Appellants are unable to submit an opening brief because the appellate record is incomplete.

3. This Court is currently considering Appellants' *Unopposed Motion to Supplement Record on Appeal*, which was filed on January 24, 2023.

4. This is Appellants' second request for an extension to file their Brief. The undersigned is lead appellate counsel and would be primarily responsible for preparing their brief but needs additional time to complete Appellants' Brief considering issues with modifying or correcting the appellate record.

5. Counsel requests an additional thirty days to continue working on resolving these record issues, and to finalize Appellants' Brief. This request is sought not for the purposes of delay, but so that the issues raised in Appellants' Brief is sufficiently supported by the proper record, and that the brief conforms to this Court's rules.

6. **<u>Certificate of Conference</u>**. On January 11, 2023, the undersigned emailed Pat Bernal and Adolfo Ruiz, counsel for Appellees, regarding the extension requested. Counsel graciously advised that they were unopposed to the relief requested.

7. For these reasons, Appellants respectfully request that this Court grant their unopposed motion and extend the time to file Appellants' Brief to **March 2,**

**2023**, to allow time for the Court to continue evaluating Appellants' January 24, 2023, motion, and to allow the parties sufficient time to resolve issues with the appellate record.

## Conclusion

To adequately address any potential issues raised in this appeal, it is necessary for the Parties to have access to the full record on appeal. The Parties pray this Honorable Court grant an extension for Appellants' opening brief to March 2, 2023, or in the alternative, suspend the briefing notice pending further order from the Court.

Respectfully submitted,

**GRABLE GRIMSHAW PLLC**

*/s/ Brandon J. Grable*___
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@g2.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR APPELLANTS**

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains fewer than 5,200 words. This motion contains a total of **326** words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because this motion was prepared in a proportionally spaced typeface using Microsoft Word in **14-point Times New Roman font**.

*/s/ Brandon J. Grable*
**Brandon J. Grable**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing motion was served on all counsel of record on this 2nd day of February 2023, by email through the Court's electronic filing system.

*/s/ Brandon J. Grable*
**Brandon J. Grable**
