# United States Court of Appeals for the Fifth Circuit

---

No. 22-50915

---

Christopher Grisham; James Everard,

*Plaintiffs—Appellants*,

*versus*

Rene Valenciano, *Olmos Park Chief of Police*; J. Lopez, *Officer*; Hector Ruiz, *Officer*; A. Viera, *Officer*; City of Olmos Park,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-387

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to supplement the record on appeal with sealed documents already in the district court is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to suspend briefing until the record on appeal has been supplemented is GRANTED.

/s/ Edith H. Jones
Edith H. Jones
*United States Circuit Judge*