

San Antonio  I  Austin  I  Rio Grande Valley I Texas Gulf Coast

2517 N. Main Avenue  I San Antonio, Texas 78212
V 210-227-3243  I  F 210-225-4481

October 4, 2023

Lyle W. Cayce, Clerk of Court             **VIA EFILE**
U.S. Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA  70130

Re:    No. 5:20-cv-00387-OLG (U.S.D.C., Western District, San Antonio Division); *Christopher Grisham and James Everard. v. Rene Valenciano, et al.*

No. 22-50915 (United States Court of Appeals, 5th Circuit); *Christopher Grisham, James Everard v. Rene Valenciano, et al.*

Dear Mr. Cayce:

On October 3, 2023, prior to oral argument, Appellees counsel, Adolfo Ruiz, tendered a paper copy of the following documents to Appellants' counsel, Brandon Grable.

1. *Buehler v. Dear,* 27 F.4th 969 (5th Cir. 2022); and
2. Appellees Record References (Attached)

Federal Rules of Appellate Procedure 28 (j), states in relevant part:

"If pertinent and significant authorities come to a party's attention after the party's brief has been filed—or after oral argument but before decision—a party may promptly advise the circuit clerk by letter, with a copy to all other parties, setting forth the citations."

Appellees cited to the *Buehler v. Dear* in their oral argument before the Court.  The Appellees Record References are tendered for the Court's reference.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation

*/s/ Kimberley Valdez*
Kimberley Valdez, Paralegal for
ADOLFO RUIZ

AR/kv
Enclosures: as stated.
CC: Brandon Grable

# CASE NO. 22-50915
# CHRISTOPHER GRISHAM; JAMES EVERARD,
Plaintiffs - Appellants

v.

# RENE VALENCIANO, OLMOS PARK CHIEF OF POLICE; J. LOPEZ, OFFICER; HECTOR RUIZ, OFFICER; A. VIERA, OFFICER; CITY OF OLMOS PARK,
Defendants - Appellees

# APPELLEES RECORD REFERENCES

| | | |
|---|---|---|
| Phone call between Chief and Grisham | ROA 2260, 1:44-2:00, 3:30-3:37, 5:35-5:47 | Defendants MSJ, Exhibit B-1 – DEFT 264 |
| The plan was to escalate the situation | ROA 2229 | Defendants MSJ, Exhibit B – Deposition of CJ Grisham |
| Everard and Grisham were disobeying Lopez's and Viera's Orders to get on ground | ROA 2364, 0:44-1:25, 1:53; 1:24-1:52; 2:03; 2:35-2:39; 2:45-2:49 | Plaintiffs MPSJ, Ex. I – DEFT 267 |
| Everard and Grisham refuse to obey Chief's Orders | ROA 2364 5:22- 5:59 | Plaintiffs MPSJ, Ex. I – DEFT 267 |
| Officers observed the behavior of the crowd flanking officer that made the scene more chaotic | ROA 2265 | Defendants MSJ, Exhibit B-6 – DEFT 265 |
| Officers observed the behavior of the crowd flanking officer that made the scene more chaotic | ROA 2364 | Plaintiffs MPSJ, Ex. I – DEFT 267 |
| Officers observed the behavior of the crowd flanking officer that made the scene more chaotic | ROA 2336 | Defendants MSJ, Ex. K – DEFT 213 |
| Interference with duties of public servant | ROA 2265 | Defendants MSJ, Exhibit B-6 – DEFT 265 |
| Resist Arrest-Search | ROA 2265 | Defendants MSJ, Exhibit B-6 – DEFT 265 |
| Resist Arrest – Search | ROA 2364 | Plaintiffs MPSJ, Ex. I – DEFT 267 |
| Assault of Public Servant | ROA 2265 | Defendants MSJ, Exhibit B-6 – DEFT 265 |
| Obstruct a passageway/roadway | ROA 2364 | Plaintiffs MPSJ, Ex. I – DEFT 267 |