United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 22, 2024
Lyle W. Cayce
Clerk

No. 22-50915

Christopher Grisham; James Everard,

*Plaintiffs—Appellants,*

versus

Rene Valenciano, *Olmos Park Chief of Police*; J. Lopez, *Officer*; Hector Ruiz, *Officer*; A. Viera, *Officer*; City of Olmos Park,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-387

ON PETITION FOR REHEARING EN BANC

Before Stewart, Dennis, and Wilson, *Circuit Judges.*

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.